**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 441 MAL 2017
    :
        Respondent   :
    :   Petition for Allowance of Appeal from
    :   the Order of the Superior Court
        v.   :
    :
    :
JORGE GEORGE FRATICELLI,   :
    :
        Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.